HARVEY v. ELECTRIC REFRIGERATION CORPORATION.

This case is controlled by *Harvey* v. *Electric Refrigeration Corporation, ante,* 235.

Error to superior court of Grand Rapids; Verdier (Leonard D.), J. Submitted January 24, 1929. (Docket No. 105, Calendar No. 34,165.) Decided March 29, 1929.

Assumpsit by Jennie L. Harvey against the Electric Refrigeration Corporation to recover purchase price paid for corporate stock on rescission of sale. Judgment for plaintiff. Defendant brings error. Affirmed.

*MacKay, Wiley, Streeter, Smith & Tucker,* for appellant.

*Laurence W. Smith* and *Fred N. Searl,* for appellee.

McDONALD, J. This suit is ruled by *Harvey* v. *Electric Refrigeration Corporation, ante,* 235. In addition to the defenses in that case, there is here involved the contention that no sale of stock was made to the plaintiff, Jennie L. Harvey. But in the Frank A. Harvey case it was necessary to decide this question in determining the sufficiency of the tender. It was decided adversely to the defendant's contention.

The judgment is affirmed, with costs to the plaintiff.

NORTH, C. J., and FEAD, FELLOWS, WIEST, CLARK, POTTER, and SHARPE, JJ., concurred.